IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01347-RPM

NEAL BEIDLEMAN,

    Plaintiff,

v.

RANDOM HOUSE, INC.,

    Defendant.

---

ORDER SETTING ADDITIONAL SCHEDULING CONFERENCE

---

On December 22, 2008, this Court entered an Order Denying Defendant's Motion for Summary Judgment. It is now

ORDERED that an additional scheduling conference will be held on **February 5, 2009, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on January 29, 2009.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

Dated: January 6th, 2009

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior District Judge