IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01347-RPM

NEAL BEIDLEMAN,

    Plaintiff,

v.

RANDOM HOUSE, INC.,

    Defendant.

---

ORDER GRANTING MOTION TO FILE SECOND AMENDED COMPLAINT

---

    Upon consideration of the Unopposed Motion for Leave to File Plaintiff's Second Amended Complaint [37], filed on March 5, 2009, it is

    ORDERED that the motion is granted and the Second Amended Complaint attached thereto is accepted for filing.

    Dated: March 13th, 2009

                                                      BY THE COURT:

                                                      s/Richard P. Matsch

                                                      _____

                                                      Richard P. Matsch, Senior District Judge