# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07CV01347-RPM-MJW

NEAL BEIDLEMAN,

        Plaintiff,

v.

RANDOM HOUSE, INC. and
R.R. DONNELLEY & SONS COMPANY,

        Defendant.

_____

**ORDER**
_____

Pursuant to the Unopposed Motion To Amend Scheduling Order filed on March 26, 2009, it is

ORDERED that the motion is granted. Scheduling Order is amended to permit Joinder of Parties and Amendment of Pleadings up to and including May 11, 2009.

Dated: March 30th, 2009

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge