IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01347-RPM

NEAL BEIDLEMAN,

      Plaintiff,

v.

RANDOM HOUSE, INC., and
R.R. DONNELLEY & SONS COMPANY,

      Defendants.

---

ORDER GRANTING MOTION TO FILE THIRD AMENDED COMPLAINT

---

      Upon consideration of the Unopposed Motion for Leave to File Plaintiff's Third Amended Complaint, filed on May 20, 2009, it is

      ORDERED that the motion is granted and the Third Amended Complaint attached thereto is accepted and filed with today's date.

      DATED: May 21st, 2009

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____

                                    Richard P. Matsch, Senior District Judge