IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01347-RPM

NEAL BEIDLEMAN,

    Plaintiff,

v.

RANDOM HOUSE, INC., and
R. R. DONNELLEY & SONS COMPANY,

    Defendants.

## ORDER

Upon consideration of Plaintiff's motion to withdraw the motion to file Fourth Amended Complaint [66], filed on July 28, 2009, and the Unopposed Amended Motion for Leave to File Plaintiffs' Fourth Amended Complaint [68], filed on July 29, 2009, it is

ORDERED that the motion to withdraw the motion to file Fourth Amended Complaint filed on July 28, 2009, is granted and it is

FURTHER ORDERED that the motion to file Fourth Amended Complaint [68], filed on July 29, 2009, is granted and the Fourth Amended Complaint attached thereto is accepted for filing.

Dated: July 29th, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge