**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01347-RPM

JEANNIE PRICE, and
COLIN MONTEATH,

    Plaintiffs,

v.

RANDOM HOUSE, INC.,
R.R. DONNELLEY & SONS COMPANY,
BERRYVILLE GRAPHICS, INC., and
OFFSET PAPERBACK MFRS., INC.

    Defendants.

___

**FOURTH AMENDED COMPLAINT**
(jury trial demanded)

___

Plaintiffs Jeannie Price ("Price") and Colin Monteath ("Monteath"), for their Fourth Amended Complaint ("Complaint") against Defendants Random House, Inc. ("Random House"), R.R. Donnelley & Sons Company (Donnelley), Berryville Graphics, Inc. (BVG), and Offset Paperback Mfrs., Inc. (OPM) allege as follows:

**STATEMENT OF ACTION**

1.    This is an action for copyright infringement and related claims brought by Plaintiffs, the holders of copyrights to six original works of photography ("The Images")

described hereafter and originally licensed for limited use by Defendant Random House, against Defendants for unauthorized and impermissible uses of The Images.

## PARTIES

2. Jeannie Price is a United States citizen residing in Washington State, and is the surviving spouse and heir of Scott Fischer, world-renown mountaineer.

3. Colin Monteath is a New Zealand citizen residing in Christchurch, and is the owner of stock photography agency Hedgehog House New Zealand. Monteath is the agent for Caroline Mackenzie, base camp doctor on a 1996 Mt. Everest expedition.

4. Random House is a book publisher that regularly does business in Colorado and sells and distributes its books all over the United States, including *Into Thin Air, A Personal Account of the Mount Everest Disaster* in which The Images are unlawfully reproduced as hereafter described. At all times pertinent to the allegations in this Complaint, Random House acted through its divisions or imprints Villard Books and Anchor Books, and all references in this Complaint to Random House shall include them.

5. Donnelley is the world's premier full-service printer with its global headquarters in Chicago, Illinois.

6. BVG is a Virginia corporation, an affiliate of Random House, and one of the largest book manufacturers in the United States, producing nearly 120 million books each year.

7. OPM is a Pennsylvania corporation, an affiliate of Random House, and one of the largest book manufacturers in the United States, producing approximately 350 million books each year.

## JURISDICTION AND VENUE

8. This is an action for injunctive relief, monetary damages and interest under the copyright laws of the United States.

9. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338 (federal question and copyright infringement).

10. Venue is appropriate in this District pursuant to 28 U.S.C. §§ 1391(a) and (b) and 28 U.S.C. §§ 1400(a).

## FACTS COMMON TO ALL COUNTS

11. Price, by will, is the owner and exclusive copyright holder of five Mt. Everest images taken by Scott Fischer.

12. Monteath, by assignment, is the owner and exclusive copyright holder of one Mt. Everest image taken by Caroline Mackenzie.

13. The Images have all been duly registered with the U.S. Copyright Office, under the following registration numbers: #VA 1-425-236 and #VA 1-426-155 (Price); #VA 1-421-808 (Mackenzie).

14. The Images were taken in May 1996 during the course of a Mt. Everest expedition that ended in the tragic deaths of eight people, including expedition leaders Scott Fischer and Rob Hall. The disaster has been the subject of countless books and magazine articles, most notably, Jon Krakauer's *Into Thin Air, A Personal Account of the Mount Everest Disaster* (*"Into Thin Air"*).

15. Random House originally published *Into Thin Air* in a 1997 hardcover edition, followed by a 1998 paperback edition in trade and mass market versions.

16. In all photography licensing matters alleged, Price, Monteath and Mackenzie acted through Woodfin Camp & Associates ("WC&A"), a stock photography licensing agency.

17. In or about March 1997, WC&A sold Random House a limited license (copy attached as Exhibit A) to print no more than 150,000 copies of five of The Images belonging to Price ("Price Photographs") for use in *Into Thin Air,* hardcover edition.

18. In or about March 1997, WC&A sold Random House a limited license (copy attached as Exhibit B) to print no more than 150,000 copies of one of The Images created by Mackenzie ("Mackenzie Photograph") for use on the dust cover of *Into Thin Air,* hardcover edition.

19. In or about January 1998, WC&A sold Random House a limited license (copy attached as Exhibit C) to print no more than 1,000,000 copies of the Price Photographs for use in *Into Thin Air,* paperback edition.

20. Random House exceeded the terms of the aforementioned licenses by causing the printing of more than 150,000 copies of *Into Thin Air,* hardcover edition and more than 1,000,000 copies of *Into Thin Air,* paperback edition.

21. Plaintiffs did not discover the infringement of the WC&A licenses until 2009 when, for the first time, they discovered that Random House was using The Images in unlicensed, unauthorized, and uncompensated printings of *Into Thin Air*.

22. Donnelley printed copies of The Images in *Into Thin Air,* hardcover edition, without license, authority or permission and has earned profits from such printings.

23. BVG printed copies of The Images in *Into Thin Air,* trade paperback edition, without license, authority or permission and has earned profits from such printings.

24. OPM printed copies of The Images in *Into Thin Air,* mass market paperback edition, without license, authority or permission and has earned profits from such printings.

## COUNT I
## (COPYRIGHT INFRINGEMENT – RANDOM HOUSE)
### *(Into Thin Air-hardcover edition)*

25. Plaintiffs repeat and reallege paragraphs 1 through 24 of this Complaint with the same force and effect as if set forth in full above.

26. The foregoing acts of Random House in causing the printing of *Into Thin Air,* hardcover edition, constitute infringements of Plaintiffs' copyrights, in violation of 17 U.S.C. § 501 et seq.

27. Plaintiffs suffered damages as a result of Random House's unauthorized use of the Price Photographs and the Mackenzie Photograph.

## COUNT II
## (COPYRIGHT INFRINGEMENT – RANDOM HOUSE)
### *(Into Thin Air-paperback edition)*

28. Plaintiffs repeat and reallege paragraphs 1 through 27 of this Complaint with the same force and effect as if set forth in full.

29. The foregoing acts of Random House in causing the printing of *Into Thin Air,* paperback edition, constitute infringements of Plaintiff Price's copyrights, in violation of 17 U.S.C. § 501 et seq.

30. Price suffered damages as a result of Random House's unauthorized use of the Price Photographs.

## COUNT III
## (COPYRIGHT INFRINGEMENT – DONNELLEY)
### *(Into Thin Air-hardcover edition)*

31.     Plaintiffs repeat and reallege paragraphs 1 through 30 of this Complaint with the same force and effect as if set forth in full.

32.     The foregoing acts of Donnelley in printing *Into Thin Air,* hardcover edition, constitute infringements of Plaintiffs' copyrights, in violation of 17 U.S.C. § 501 et. seq.

33.     Plaintiffs suffered damages as a result of Donnelley's unauthorized printing of The Images.

## COUNT IV
## (COPYRIGHT INFRINGEMENT – BVG)
### *(Into Thin Air-paperback edition)*

34.     Plaintiffs repeat and reallege paragraphs 1 through 33 of this Complaint with the same force and effect as if set forth in full.

35.     The foregoing acts of BVG in printing *Into Thin Air,* paperback edition, constitute inringements of Plaintiff Price's copyrights, in violation of 17 U.S.C. § 501 et. seq.

36.     Price suffered damages as a result of BVG's unauthorized printing of The Images.

## COUNT V
## (COPYRIGHT INFRINGEMENT – OPM)
### *(Into Thin Air-paperback edition)*

37.     Plaintiffs repeat and reallege paragraphs 1 through 36 of this Complaint with the same force and effect as if set forth in full.

38.     The foregoing acts of OPM in printing *Into Thin Air,* paperback edition, constitute infringements of Plaintiff Price's copyrights, in violation of 17 U.S.C. § 501 et. seq.

39.     Price suffered damages as a result of OPM's unauthorized printing of The Images.

**WHEREFORE**, Plaintiffs request the following:

1. A preliminary and permanent injunction against Defendants and anyone working in concert with them from copying, displaying, distributing, advertising, promoting, selling or offering to sell The Images or creating, obtaining and using substantially similar photographs in any of the preceding ways and to deliver to the Court for destruction or other appropriate disposition of all materials, including digital files representing The Images described in this Complaint in the control or possession of Defendants.

2. Actual damages and all profits derived from unauthorized uses of The Images.

3. Court costs, expert witness fees, pre and post judgment interest and all other amounts, including attorney's fees if authorized by law.

4. For such other and further relief as the Court deems just and proper.

DATED: July 29, 2009

                           Respectfully submitted,

                           s/ Christopher Seidman
                           Christopher Seidman #7816
                           Harmon & Seidman LLC
                           101South Third Street, Suite 265
                           Grand Junction, CO 81501
                           Telephone  (970) 245-9075
                           Fax (970) 245-8086
                           E-mail: chris@harmonseidman.com
                           *Attorney for Plaintiffs Price and Monteath*

**JURY TRIAL DEMAND**

Plaintiff demands a trial by jury of all issues permitted by law.