# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01347-RPM

JEANNIE PRICE and
COLIN MONTEATH,

    Plaintiffs,

v.

RANDOM HOUSE, INC.,
R.R. DONNELLEY & SONS COMPANY,
BERRYVILLE GRAPHICS, INC., and
OFFSET PAPERBACK MFRS, INC.,

    Defendants.

## ORDER RE: DEFENDANTS' UNOPPOSED MOTION TO AMEND ANSWERS

Upon consideration of Defendants' Unopposed Motion to Amend Answers [96], it is

ORDERED that the motion is granted and the amended answers attached thereto are accepted for filing.

DATED: March 11th, 2010.

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge