# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01347-RPM-MJW

JEANNIE PRICE and COLIN MONTEATH,

    Plaintiffs,

v.

RANDOM HOUSE, INC., R.R. DONNELLY & SONS COMPANY, BERRYVILLE GRAPHICS, INC. and OFFSET PAPERBACK MFRS., INC.,

    Defendants.

---

### NOTICE OF ENTRY OF APPEARANCE OF JEFFREY A. SPRINGER

---

To the Clerk of This Court and All Parties of Record:

    Jeffrey A. Springer of the law firm of Springer and Steinberg, P.C., 1600 Broadway, Suite 1200, Denver, Colorado 80202, hereby enters his appearance as counsel for Plaintiffs Jeannie Price and Colin Monteath.

    **DATED** this 8th day of April, 2010.

    Respectfully submitted,

s/ Jeffrey A. Springer
Jeffrey A. Springer
Springer & Steinberg, P.C.
1600 Broadway Suite 1200
Denver, CO 80202
Telephone (303) 861-2800
Fax (303) 832-7116
jspringer@springer-and-steinberg.com
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on April 8, 2010 I caused the foregoing document, titled NOTICE OF ENTRY OF APPEARANCE OF JEFFREY A. SPRINGER, to be electronically filed with the Clerk of the Court using the CM/ECF system. Notification of such filing will be sent to the following e-mail addresses:

bseo@ir-law.com (Byeongsook Seo), counsel for Defendnants
tcorrada@ir-law.com (Theresa Corrada), counsel for Defendants


                                                s/ Jeffrey A. Springer
                                                Jeffrey A. Springer
                                                Attorney for Plaintiff
                                                Springer & Steinberg, P.C.
                                                1600 Broadway, Suite 1200
                                                Denver, CO 80202
                                                Telephone (303) 861-2800
                                                Fax (303) 832-7116
                                                jspringer@springer-and-steinberg.com