IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01347-RPM

JEANNIE PRICE and
COLIN MONTEATH,

    Plaintiffs,

v.

RANDOM HOUSE, INC., and
R.R. DONNELLEY & SONS COMPANY,
BERRYFILLE GRAPHICS, INC.,
OFFSET PAPERBACK MANUFACTURERS, INC.,

    Defendants.
_____

ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulation for Dismissal with Prejudice [103], it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own attorney fees and expenses.

    DATED: April 22nd, 2010

                                   BY THE COURT:

                                   s/Richard P. Matsch

                                   _____
                                   Richard P. Matsch, Senior District Judge